IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BYRON K. DANIELS**                                                                                  **PLAINTIFF**

v.                              **CASE NO. 4:16-CV-00749 BSM**

**DEPARTMENT OF HOUSING
AND URBAN DEVELOPMENT, et al.**                                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, judgment is entered for the defendants and all claims are dismissed with prejudice.

DATED this 25th day of July 2017.

_____
UNITED STATES DISTRICT JUDGE